UNITED STATES OF AMERICA,

                     Plaintiff,

      vs.

ANTONIO HATTIX ,

                Defendant.

**8:17CR209**

**ORDER**

This matter is before the court on the defendant's Motion to Continue Trial [42]. Counsel is seeking additional time to receive a preliminary guideline calculation from pretrial, which may facilitate a plea agreement between the parties. The defendant shall comply with NECrimR 12.1(a). For good cause shown,

      **IT IS ORDERED** that the defendant's Motion to Continue Trial [42] granted as follows:

      1. The jury trial, now set for October 24, 2017 is continued to **December 5, 2017.**

      2. The defendant shall file an affidavit required by paragraph 9 of the progression order and NE.CrimR 12.1(a) forthwith.

      3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 5, 2017,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 19th day of October, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge