IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,                                          **8:17CR209**

          vs.

ANTONIO HATTIX                                                          **ORDER**

                    Defendant.


          This matter is before the court on Defendant's unopposed Motion to Continue Trial [44]. Counsel is seeking additional time to negotiate a potential plea agreement with the government and to complete his review of all discovery.   For good cause shown,

          **IT IS ORDERED** that Defendant's unopposed Motion to Continue Trial [44] is granted as follows:

          1.  The jury trial, now set for December 5, 2017, is continued to **February 6, 2018**.

          2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 6, 2018,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

          Dated this 30th day of November, 2017.

                                        BY THE COURT:

                                        s/ Michael D. Nelson
                                        United States Magistrate Judge