IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

ANTONIO HATTIX

                Defendant.

**8:17CR209**

**ORDER**

This matter is before the court on the Defendant's [49] unopposed Motion to Continue Trial. Counsel is seeking additional time to discuss a potential plea agreement in this matter. For good cause shown,

**IT IS ORDERED** that the Defendant's unopposed Motion to Continue Trial [49] is granted as follows:

1. The jury trial, now set for March 27, 2018, is continued to **May 29, 2018**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 29, 2018,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 23rd day of March, 2018.

                BY THE COURT:

                s/ Michael D. Nelson
                United States Magistrate Judge