**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTONIO HATTIX,<br><br>    Defendant. | 8:17CR209<br><br>JUDGMENT |

For the reasons stated in the Court's Memorandum and Order of this date,

IT IS ORDERED:

1. The Court has completed its initial review of the Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (§ 2255 motion), ECF No. 69;

2. The claims raised in the Defendant's § 2255 motion are summarily denied;

3. Because the Defendant has not made a substantial showing of the denial of any constitutional right, the Court denies any certificate of appealability; and

4. The Clerk is directed to mail a copy of this Memorandum and Order to the Defendant at his last known address.

Dated this 3rd day of October, 2019.

            BY THE COURT:

            s/Laurie Smith Camp
            Senior United States District Judge