**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **8:17CR209** |
| **Plaintiff,** | |
| **vs.** | **ORDER** |
| **ANTONIO HATTIX,** | |
| **Defendant.** | |

This matter is before the Court on the Defendant's Motion for Extension of Time to File, ECF No. 72. The Defendant seeks an extension of time to file a Motion for Reconsideration of the Court's Memorandum and Order, ECF No. 70, and Judgment, ECF No. 71, dated October 3, 2009. Although the Defendant states he wishes to bring to the Court's attention a "manifest error of fact and law," he makes no reference to the nature of any such error, or why such error cannot be addressed by direct appeal.

IT IS ORDERED:

1.     The Defendant's Motion for Extension of Time to File, ECF No. 72, is denied; and

2.     The Clerk is directed to mail a copy of this Order to the Defendant at his last known address.

Dated this 29th day of October 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge