# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **8:17CR209** |
| vs. | |
| **ANTONIO HATTIX,** | **ORDER** |
| Defendant. | |

This matter is before the court on the Defendant's Motion for Reconsideration, ECF No. 74.

IT IS ORDERED:

1. The Defendant's Motion for Reconsideration, ECF No. 74, is denied, for the same reasons stated in the Court's Memorandum and Order of October 3, 2019, ECF No. 70; and

2. The Clerk is directed to mail a copy of this Order to the Defendant at his last known address.

Dated this 21st day of November, 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge